**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. S-05-357 LKK |
| | ) |
| MICHAEL JOSEPH MARTINEZ | ) |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:    Michael Joseph Martinez

Detained at (custodian):    Deuel Vocational Institute, Tracy, CA

Detainee is:    a.)    (X) charged in this district by:
            (X) Indictment        ( ) Information        ( ) Complaint
            Charging Detainee With:    **18 U.S.C. § 922(g)**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (x) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Matthew D. Segal
Printed Name & Phone No: Matthew D. Segal (916) 554-2708
Attorney of Record for:    United States of America

**WRIT OF HABEAS CORPUS**
( X ) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee forthwith and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED:  December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | K94217 | DOB: | 1975 |
| Facility Address: | 23500 Kasson Road | Race: | Hispanic |
| | Tracy, CA 95376 | FBI #: | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | State gun related charges | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                    (Signature)

G:\DOCS\KJM\Kim\Duty\Martinez, Michael writ 12-5-05.wpd
Form Crim-48                                                        Revised 11/19/97