```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. S 05-357 LKK
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )   ORDER EXCLUDING TIME
                                 )
13  MICHAEL J. MARTINEZ          )
                                 )
14              Defendant.       )
    _____)
15
16       The time beginning March 28, 2006 and extending through
17  April 25, 2006 is ordered excluded from the calculation of time
18  under the Speedy Trial Act.  The ends of justice are served by
19  the Court excluding such time, so that counsel for the defendant
20  may have reasonable time necessary for effective preparation,
21  taking into account the exercise of due diligence.  18 U.S.C. §
22  3161(h)(8)(B)(iv).  Specifically, counsel require time to review
23  //
24  //
25  //
26  ///
27  //
28  //
```

1

1 evidence.  The Court finds that the interests of justice served
2 by granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial.  18 U.S.C. §
4 3161(h)(8)(A).

6 DATE: April 18, 2006

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge