**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **MICHAEL MARTINEZ**

FILED

APR 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Crim. S-5-357 LKK
) 
Plaintiff, ) **STIPULATION AND ORDER**
) **THEREON**
v. )
)
MICHAEL MARTINEZ, )
)
Defendant, )
_____ )

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for April 25, 2006 may be continued to May 9, 2006. This continuance is requested to permit the parties to continue discussions regarding a possible resolution. It is further stipulated that the time between now and May 9, 2006 may be excluded pursuant to local code T-4. The defendant is wasre of this requst and agrees it is necessary and appropriate.

Dated: April 21, 2006                             Dated: April 21, 2006

/ s / Matthew Segal                               / s / Steven D. Bauer

**MATTHEW SEGAL**                                 **STEVEN D. BAUER**
Assistant United States Attorney                  Attorney for Defendant

(Order on Following Page)

1
2   For Good Cause Appearing
    **IT IS SO ORDERED**
    Dated: April 4 2006
3
4   /s/ Lawrence K. Karlton
5   **LAWRENCE K. KARLTON**
    U. S. District Judge
6