MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-05-357 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MICHAEL J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Time beginning June 6, 2006 and extending through July 11, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. 161(h)(8)(B)(iv).

Specifically, counsel needs additional time to review discovery and conduct further discussions regarding potential resolution in conjunction with the anticipated filing of additional charges. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  18 U.S.C. 3161(h)(8)(A).  The defendant is aware of this request
2  and agrees that it is necessary and appropriate.
3  IT IS SO ORDERED
4  Dated: June 8, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT