**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **MICHAEL MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-5-357 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER THEREON** |
| ) | |
| v. ) | |
| **MICHAEL MARTINEZ**, ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for July 11, 2006 may be continued to August 8, 2006.  This continuance is requested to permit the parties to continue discussions regarding a possible resolution.  It is further stipulated that the time between now and August 8, 2006 may be excluded pursuant to local code T-4.  The defendant is aware of this request and agrees it is necessary and appropriate.

///
///
///
///
///
///

1  Dated: July 7, 2006                                  Dated: July 7, 2006

3  / s / Heiko Coppola                                  / s / Steven D. Bauer
4  **HEIKO COPPOLA**                                    **STEVEN D. BAUER**
   Assistant United States Attorney                     Attorney for Defendant

8  For Good Cause Appearing

9  **IT IS SO ORDERED**

10 Dated: July 7, 2006
                                                        _____
                                                        LAWRENCE K. KARLTON
                                                        SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT