1
2
3
4
5

**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **MICHAEL MARTINEZ**

6

7
8
9

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S-05-357 LKK |
| Plaintiff, | ) | Crim. S-06-316 LKK |
| | ) | |
| v. | ) | **ORDER FINDING EXCLUDABLE** |
| | ) | **TIME** |
| **MICHAEL MARTINEZ,** | ) | |
| Defendant, | ) | |
| _____ | ) | |

16
17
18
19
20
21
22
23

A status conference in the above captioned matter was held before this court on September 6, 2006.  The government was represented by Heiko Coppola, the defendant was present and represented by his attorney, Steven D. Bauer.  At the request of the parties the status conference was continued until October 3, 2006 at 9:30 a.m. and time was ordered excluded pursuant to the provisions of Local T-4 based on dense counsel's need to prepare.

For Good Cause Appearing

**IT IS SO ORDERED**

24
25
26
27
28

Dated: September 8 , 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28