**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **MICHAEL MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Cr. S-05-357 LKK |
| | Cr. S-06-316 LKK |
| Plaintiff, | **STIPULATION AND ORDER THEREON** |
| v. | |
| **MICHAEL MARTINEZ,** | |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for October 3, 2006 may be continued to November 7, 2006. This continuance is requested to permit the parties to continue discussions regarding a possible resolution. The defendant is aware of this request and agrees it is necessary and appropriate.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter and have been in trial together it is believed by both

/ / / / / / / /

/ / / / / / / /

(Order on Following Page)

parties that this additional time will result in the resolution of the matter..  In light of the foregoing, additional time will be required in order for the defense to prepare. <u>See</u> 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated:  September 29, 2006                                          Dated:  September 29, 2006


/ s / Heiko Coppola                                                         / s / Steven D. Bauer

**HEIKO COPPOLA**                                                    **STEVEN D. BAUER**
Assistant United States Attorney                                 Attorney for Defendant


For Good Cause Appearing

**IT IS SO ORDERED**


Dated: September 29, 2006


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT