```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-05-357 LKK |
|---|---|---|
| | ) | CR.S-06-316 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MICHAEL J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A status conference in the above captioned matter was held before this Court on November 7, 2006. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. The defendant was present and represented by his attorney, Steven D. Bauer. The Court ordered a pre-plea investigation. At the request of the parties, the status conference was continued to January 17, 2006 at 9:30 a.m. Time beginning November 7, 2006 and extending through January 17, 2007 is hereby ordered excluded from the calculation of time under the Speedy Trial Act pursuant

///
///
///
///

1

to the provisions of local code T-4 based upon defense counsel's need to prepare.  The defendant is aware of this request and agrees it is necessary and appropriate.

IT IS SO ORDERED.

Date: November 9, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2