1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **MICHAEL MARTINEZ**
5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cr. S-05-357 LKK |
| Plaintiff, | ) | **STIPULATION AND ORDER THEREON** |
| v. | ) | |
| **MICHAEL MARTINEZ**, | ) | |
| Defendant, | ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for January 17, 2007 may be continued to February 13, 2007. This continuance is requested to permit the parties to continue discussions regarding a possible resolution. The defendant is aware of this request and agrees it is necessary and appropriate.

Counsel for the defendant and the government have been engaged in productive negotiations regarding this matter, additionally, a pre-plea report has been prepared and must now be reviewed by the defendant, it is believed by both parties that this additional

/ / / / / / / /
/ / / / / / / /

(Order on Following Page)

time will result in the resolution of the matter.. In light of the foregoing, additional time will be required in order for the defense to prepare. <u>See</u> 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated:  January 12, 2007                              Dated: January 12, 2007

/ s / Heiko Coppola                                          / s / Steven D. Bauer

**HEIKO COPPOLA**                                   **STEVEN D. BAUER**
Assistant United States Attorney              Attorney for Defendant

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: January   12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT