1

**STEVEN D. BAUER**
Attorney at Law - SBN 50084

2

428 J Street - Suite 350
Sacramento, California 95814

3

Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

4

Attorney for Defendant: **MICHAEL MARTINEZ**

5

6

7

8

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cr. S-05-357 LKK |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **THEREON** |
| v. | ) | |
| | ) | (Continuing Status to 4/3/07) |
| **MICHAEL MARTINEZ,** | ) | |
| Defendant, | ) | |
| _____ | ) | |

11

12

13

14

15

16

It is hereby stipulated between counsel for the government and the defendant that

17

the status conference presently scheduled for February 13, 2007may be continued to April

18

3, 2007. This continuance is requested to permit the parties to continue discussions

19

regarding a possible resolution.   The defendant is aware of this request and agrees it is

20

necessary and appropriate.

21

Counsel for the defendant and the government have been engaged in productive

22

negotiations regarding this matter, additionally, a pre-plea report has been prepared and

23

must now be reviewed by the defendant, it is believed by both parties that this additional

24

time will result in the resolution of the matter..  In light of the foregoing, additional time

25

will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and

26

3161(h)(8)(B)(iv). Local Code T-4.

27

28

(Signatures and Order on Following Page)

1    Dated:  February 8, 2007                    Dated: February 8, 2007

2

3    / s / Heiko Coppola                         / s / Steven D. Bauer

4    **HEIKO COPPOLA**                           **STEVEN D. BAUER**
     Assistant United States Attorney             Attorney for Defendant

5

6    For Good Cause Appearing
     **IT IS SO ORDERED**

7

8    Dated: February 8, 2007

9                                                LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
10                                               UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28