**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **MICHAEL MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MARTINEZ,** ) <br> ) <br> Defendant, ) <br> _____ ) | Cr. S-05-357 LKK <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Status to 5/30/07) |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for May 8, 2007 may be continued to May 30, 2007 at 9:30 a.m. This continuance is requested because the United States Supreme Court has under review an issue which will, depending on the out come, dramatically effect the likely sentence the court will impose.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated: May 3, 2007                                           Dated: May 3, 2007


/ s / Heiko Coppola                                          / s / Steven D. Bauer

**HEIKO COPPOLA**                                            **STEVEN D. BAUER**
Assistant United States Attorney                             Attorney for Defendant

(Order on Following Page)

1  For Good Cause Appearing
2  **IT IS SO ORDERED**
3
4  Dated: May 3, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT