1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR - S - 05-357 LKK |
|---|---|---|
| | ) | CR - S - 06-316 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MICHAEL J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A status conference in the above-captioned matters was held before this Court on December 11, 2007. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. The defendant was present and represented by his attorney, Steven D. Bauer. At the request of the parties, these matters were set for jury trial.

With respect to case number CR-S-05-357, the court ordered that jury trial is to commence on August 12, 2008. Time beginning December 11, 2007 and extending through August 12, 2008 was ordered excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4 based upon defense counsel's need to prepare.

1   With respect to case number CR-S-06-316, the Court ordered
2 that jury trial is to commence on September 16, 2008.  Time
3 beginning December 11, 2007 and extending through September 16,
4 2008 was ordered excluded from the calculation of time under the
5 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to
6 the provisions of local code T-4 based upon defense counsel's
7 need to prepare.
8   Furthermore, this Court finds that the ends of justice
9 served in granting the continuance and allowing the defendant
10 further time to prepare outweigh the best interests of the public
11 and the defendant in a speedy trial.  The defendant is aware of
12 this request and agrees it is necessary and appropriate.
13 IT IS SO ORDERED.
14 Date: January 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT