MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-357 LKK |
| | ) | CR-S-06-316 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MICHAEL MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

A status conference in the above captioned matter was held before this Court on July 22, 2008. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Michael Martinez was present and represented by counsel, Candace Frey. At the request of the parties, the status conference was continued to August 26, 2008 at 9:30 a.m. This Court further ordered that time beginning July 22, 2008, and extending through and including August 26, 2008 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need to prepare. Specifically Ms. Frey had just been appointed to represent this defendant and

1 | received discovery from former defense counsel on July 22, 2008.
2 | Furthermore, this Court finds that the ends of justice served in
3 | granting the continuance and allowing defendant further time to
4 | prepare outweigh the best interests of the public and the
5 | defendant in a speedy trial.  The defendant are aware of this
6 | request and agree it is necessary and appropriate.
7 | IT IS SO ORDERED.
8 | Date: July 25, 2008

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT