CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. MARTINEZ,<br><br>    Defendant. | No. CR.S-05-357-LKK<br>    CR.S-06-316-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for August 26, 2008, be continued to September 30, 2008, at 9:30 a.m.

This continuance is sought by defense counsel for the following reasons: counsel was appointed to represent Mr. Martinez in July, 2008, and remains engaged in investigation and discovery review. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through September 30, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

```
Dated: August 25, 2008             /s/ Candace A. Fry
                                  CANDACE A. FRY, Attorney for
                                  MICHAEL J. MARTINEZ, Defendant


Dated: August 25, 2008            McGREGOR W. SCOTT
                                  United States Attorney

                                   /s/ Candace A. Fry for
                                  HEIKO COPPOLA, Assistant
                                  United States Attorney

                                  (Signed for Mr. Coppola with
                                  his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

Dated: August 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT