```
CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR.S-05-357-LKK <br>     CR.S-06-316-LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for October 28, 2008, be continued to Monday, December 8, 2008, at 1:30 p.m.

This continuance is sought by the parties for the following reasons: the defense continues investigation; and, the Government continues efforts to provide the additional discovery requested by the defense. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through December 8, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

```
1  Dated: October 21, 2008              /s/ Candace A. Fry
                                       CANDACE A. FRY, Attorney for
2                                      MICHAEL J. MARTINEZ, Defendant

3

4  Dated: October 21, 2008             McGREGOR W. SCOTT
                                       United States Attorney
5
                                        /s/ Candace A. Fry for
6                                      HEIKO COPPOLA, Assistant
                                       United States Attorney
7
                                       (Signed for Mr. Coppola with
8                                      his prior authorization)
```

## O R D E R

IT IS SO ORDERED.

      Dated: October 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-