CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     v.              )<br>  )<br>MICHAEL J. MARTINEZ,      )<br>  )<br>          Defendant.    )<br>  ) | No. CR.S-05-357-LKK<br>    CR.S-06-316-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for December 8, 2008, be continued to Tuesday, February 10, 2009, at 9:15 a.m.

   This continuance is sought by the parties for the following reasons: the defense continues investigation; the Government has provided additional discovery to the defense; and the parties are engaged in settlement negotiations.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 10, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

1  Dated: December 4, 2008                    /s/ Candace A. Fry
                                             CANDACE A. FRY, Attorney for
2                                            MICHAEL J. MARTINEZ, Defendant

3

4  Dated: December 4, 2008                   McGREGOR W. SCOTT
                                             United States Attorney
5
                                               /s/ Candace A. Fry for
6                                            HEIKO COPPOLA, Assistant
                                             United States Attorney
7
                                             (Signed for Mr. Coppola with
8                                            his prior authorization)

9

10                              **O R D E R**

11

12  IT IS SO ORDERED.

13          Dated: December 4, 2008

14

15                              _____
                                LAWRENCE K. KARLTON
16                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
17

-2-