1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MICHAEL J. MARTINEZ,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. CR.S-05-357-LKK
                                 )    CR.S-06-316-LKK
12           Plaintiff,          )
                                 ) **STIPULATION AND ORDER CONTINUING**
13      v.                       ) **STATUS CONFERENCE AND EXCLUDING**
                                 ) **TIME**
14 MICHAEL J. MARTINEZ,          )
                                 )
15           Defendant.          )
                                 )
16 _____)

17

18      It is hereby stipulated and agreed by and between the parties

19 hereto, through their respective counsel, that the status conference

20 presently scheduled in the above matters for February 10, 2009, be

21 continued to Tuesday, March 24, 2009, at 9:15 a.m.

22      This continuance is sought by the parties for the following

23 reasons: the defense continues investigation; the Government has

24 recently provided additional discovery to the defense; and, the parties

25 continue settlement negotiations.  Accordingly, the parties agree that

26 time under the Speedy Trial Act shall be excluded through March 24,

27 2009, to provide reasonable time for defense preparation of the case,

28 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

```
1  Dated:   February 6, 2009              /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
2                                        MICHAEL J. MARTINEZ, Defendant

3

4  Dated: February 6, 2009               LAWRENCE G. BROWN,
                                         United States Attorney
5
                                          /s/ Candace A. Fry for
6                                        HEIKO COPPOLA, Assistant
                                         United States Attorney
7
                                         (Signed for Mr. Coppola with
8                                        his prior authorization)
```

**O R D E R**

IT IS SO ORDERED.

    Dated: February 9, 2009

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT