CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MICHAEL J. MARTINEZ,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-357-LKK |
| | ) | CR.S-06-316-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| MICHAEL J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for March 24, 2009, be continued to Tuesday, April 7, 2009, at 9:15 a.m.

This continuance is sought by the parties for the following reason: settlement negotiations continue with the hope of resolving the case by next status conference.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through April 7, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

Dated:  March 23, 2009          \_\_\_\_/s/ Candace A. Fry\_\_\_\_
                                CANDACE A. FRY, Attorney for
                                MICHAEL J. MARTINEZ, Defendant


Dated:  March 23, 2009          LAWRENCE G. BROWN,
                                United States Attorney

                                \_\_\_/s/ Candace A. Fry for\_\_\_
                                HEIKO COPPOLA, Assistant
                                United States Attorney

                                (Signed for Mr. Coppola with
                                his prior authorization)


**O R D E R**


IT IS SO ORDERED.

        Dated: March 23, 2009



_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT