```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-357 LKK |
|---|---|---|
|  | ) | CR-S-06-316 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER EXCLUDING TIME |
|  | ) |  |
| MICHAEL MARTINEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

A status conference in the above captioned matter was held before this Court on April 28, 2009. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Michael Martinez was present and represented by counsel, Candace Frey. At the request of the parties, the status conference was continued to June 9, 2009 at 9:15 a.m. This Court further ordered that time beginning April 28, 2009, and extending through and including June 9, 2009 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need to prepare. Specifically, the parties are in continuing negotiations to resolve ths matter and expect to reduce their discussions to writing shortly.

Defense counsel will then need time to fully discuss the plea agreement with the defendant.  Furthermore, this Court finds that the ends of justice served in granting the continuance and allowing defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.  The defendant are aware of this request and agree it is necessary and appropriate.

IT IS SO ORDERED.

Date: May 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT