```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:05-CR-357 LKK |
|---|---|---|
| | ) | 2:06-CR-316 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER TO |
| MICHAEL JOSEPH MARTINEZ | ) | EXCLUDE TIME |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from June 9, 2009 to June 30, 2009 at 9:15 a.m. They stipulate that the time between June 9, 2009 and June 30, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the proposed plea agreement with the defendant and to prepare for a potential

1  change of plea on June 30, 2009.
2       The parties stipulate and agree that the interests of
3  justice served by granting this continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  18
5  U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

10 DATE: June 8, 2009        By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
11                                  Assistant U.S. Attorney

13 DATE: June 8, 2009               /s/ Candace Fry
                                    CANDACE FRY
14                                  Attorney for Defendant

           **SO ORDERED.**

17 DATE: June 8, 2009
                                    _____
18                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
19                                  UNITED STATES DISTRICT COURT