BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-CR-0357 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR DISMISSAL OF |
| v. | ) | INDICTMENT WITHOUT PREJUDICE |
| | ) | AND ORDER |
| MICHAEL JOSEPH MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of California hereby moves the Court, in the interests of justice, for an Order dismissing without prejudice the Indictment and Superseding Indictment in the above-captioned action.

DATED: January 20, 2010.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above-captioned case, number 2:05-CR-0357 LKK, be and hereby is dismissed without prejudice.

January 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT